No. 537, Misc.  McCoy v. Randolph, Warden, 379 U. S. 996;

No. 541, Misc.  Epps v. New York, 379 U. S. 940;

No. 546, Misc.  Arbuckle v. Illinois, 379 U. S. 978;

No. 598, Misc.  Williamson et al. v. Gilmer et al., 379 U. S. 955;

No. 599, Misc.  Scott v. Anderson, Jail Superintendent, 379 U. S. 955;

No. 601, Misc.  Hlozansky v. Cox, Penitentiary Superintendent, 379 U. S. 981;

No. 609, Misc.  Farrell v. Burke, Warden, 379 U. S. 981;

No. 610, Misc.  Hickock v. Crouse, Warden, 379 U. S. 982;

No. 614, Misc.  Smith v. Crouse, Warden, 379 U. S. 982;

No. 625, Misc.  Gratter v. Nash, Warden, 379 U. S. 954;

No. 626, Misc.  Leeper v. Anderson, Jail Superintendent, 379 U. S. 955; and

No. 693, Misc.  Hymes v. Dunbar, Corrections Director, et al., 379 U. S. 954.  Petitions for rehearing denied.

No. 628, Misc.  Leser et al. v. United States, 379 U. S. 983.  Petition for rehearing and for other relief denied.

MARCH 2, 1965.

No. 390.  Ozark Butane Co., Inc. v. Oklahoma Liquefied Petroleum Gas Board et al.  Appeal from D. C. W. D. Okla.  Dismissed pursuant to Rule 60 of the Rules of this Court.  *Morris J. Levin* and *William A. Roberts* for appellant.  *Charles R. Nesbitt,* Attorney General of Oklahoma, and *Lee W. Cook,* Assistant Attorney General, for appellees.